IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:99-cr-00069-MP-AK

CHRISTIAN WESNER,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 249, Report and Recommendations of the Magistrate Judge, recommending that defendant's motion to vacate pursuant to 28 U.S.C. § 2255, Doc. 248, be denied. The Magistrate Judge filed the Report and Recommendation on Wednesday, January 4, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. The defendant has objected to the Magistrate's findings, Doc. 252. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

In his complaint, defendant claims that he is entitled to relief from his sentence as a result of the Supreme Court's holdings in Blakely and Booker. Doc. 248. However, as the Magistrate correctly pointed out, the Eleventh Circuit has held that "Booker's constitutional rule falls squarely under the category of new rules of criminal procedure that do not apply retroactively to § 2255 cases on collateral review." Varela v. United States, 400 F.3d 864, 868 (11th Cir. 2005); see also In re Anderson, 396 F.3d 1336 (11th Cir. 2005). In his objections to the Magistrate's report, the defendant argues that the precedent established by the Eleventh Circuit is incorrect.

However, this court is bound to apply the precedent of the Circuit in which it sits.  Thus, the defendant has failed to present any evidence as to why this court should depart from the Magistrate's recommendation.  Therefore, having considered the Report and Recommendation and objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to vacate pursuant to 28 U.S.C. § 2255, Doc. 248, is denied.

**DONE AND ORDERED** this  *31st* day of January, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge